IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Bk. Case No. 02-10341 (MFW) |
| | ) | Chapter 7 |
| NETWORK PLUS CORP., et al., | ) | (Substantively Consolidated) |
| | ) | |
| Debtors. | ) | Re: Docket No: 1641 |
| | ) | |

**ORDER GRANTING MOTION TO RELEASE AND
PAY FUNDS FROM COURT**

Upon the Motion of Prism Communications Services, Inc., as Sole Member of Prism Virginia Operations LLC, and Comdisco, Inc. for Withdrawal of Funds Pursuant to 28 U.S.C. § 2042 and Local Bankruptcy Rule 3011-1 (the "Motion"), and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the full record herein; and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted, and it is further

ORDERED, that the clerk of the Court shall release and pay Prism Communications Services, Inc., as Sole Member of Prism Virginia Operations LLC, and Comdisco, Inc. the following sums: (i) $3,619.52 for distribution on Claim No. 686; and (ii) $5,216.54 for distribution on Claim No. 688, and mail a check for said funds to the attention of Susan Long, c/o Comdisco, Inc., 5600 North River Road, Suite 800, Rosement, Illinois 60018 upon entry of this Order.

Dated: January 8, 2013

The Honorable Mary F. Walrath, Judge
United States Bankruptcy Court

385670v1